# Court of Appeals
# of the State of Georgia

ATLANTA, March 25, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1106. CHARLES KNOX, III v. THE STATE.**

In 2003, Charles Knox pled guilty to manslaughter and other charges and was given a partially probated sentence. In 2013, the trial court revoked the balance of Knox's probation upon finding that he had committed new criminal offenses. In 2021, Knox filed a pro se motion to vacate the sentence entered on his probation revocation. The trial court denied the motion, and Knox appeals. We lack jurisdiction.

Because the underlying subject matter of this appeal is the revocation of Knox's probation, he was required to file an application for discretionary review in this Court in order to appeal the trial court's ruling. See OCGA § 5-6-35 (a) (5); *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999). Knox's failure to file a discretionary application deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/25/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.